# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

16-3971

USA v. Marc Hubbard

2-15-cr-00096-001

# O R D E R

The Court has received the Brief and Appendix from **Appellant Marc Hubbard**.

**The submission does not comply with the following Court requirements:**

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Sealed Appendix Volume III filed without a motion for leave to file under seal.

**Form**

**.**Pre-sentence report and statement of reasons was not submitted in electronic format using the Court's CM/ECF Document Filing System. 3rd Cir. LAR Misc. 113.

In order to cure errors with respect to FORM of APPENDIX, **Marc Hubbard** must file a motion for leave to file Volume III of the appendix under seal.

In order to cure errors with respect to PSR and statement of reasons, counsel for **Marc Hubbard** must file the pre-sentence report and statement of reasons electronically through the Court's CM/ECF Document filing system and in paper format (4 copies). The following events must be used: "sealed presentence report" and "sealed statement of reasons".

**Counsel or the party(ies) must correct the above listed deficiencies by 05/05/2017. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

**For questions please call 267-299-4929, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

**Dated:   May 2, 2017**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

**MS/cc:**  **Christopher J. Mannion, Esq.**
**William R. Terpening, Esq.**